# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| IN RE: | : CASE NO: 15-33529-SHB |
| | : CHAPTER: 7 |
| | : |
| **ERIC SHAWN GRIFFIS** | : |
|    Debtor | : |
| | : |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF ALL NOTICES

    Pacific Union Financial, LLC (hereinafter referred to as "Creditor") hereby enters its appearance and the law firm of Rubin Lublin TN, PLLC, pursuant to Bankruptcy Rules 2002 and 9010, hereby enters their appearance as attorneys for Creditor with regard to all matters and proceedings, pleadings and complaints and adversary proceedings filed in connection with the above-referenced case, showing counsel's name, office address and telephone number as follows:

Natalie Brown, Esq.
Rubin Lublin TN, PLLC
119 S. Main Street, Suite 500
Memphis, TN 38103
(877) 813-0992
nbrown@rubinlublin.com

and hereby requests that the Clerk of Court add the Law Firm to the mailing matrix for said Creditor.

PLEASE TAKE FURTHER NOTICE that this request is made without submitting to the jurisdiction of the Court, without waiving service of process or otherwise waiving any rights.

Respectfully submitted,

Rubin Lublin TN, PLLC

By:/s/ Natalie Brown
Natalie Brown
TN BPR No. 022452
Rubin Lublin TN, PLLC
119 S. Main Street, Suite 500
Memphis, TN 38103
(877) 813-0992
nbrown@rubinlublin.com
Attorney for Creditor

## CERTIFICATE OF SERVICE

This is to certify that I have this day served the foregoing to the said parties as follows:

The following parties were served by electronic notice:

Richard M. Mayer, Esq.
mayerandnewton@mayerandnewton.com

Ann Mostoller
tn17@ecfcbis.com

This 12th day of April, 2016

/s/ Natalie Brown
Natalie Brown
TN BPR No. 022452
Rubin Lublin TN, PLLC
119 S. Main Street, Suite 500
Memphis, TN 38103
(877) 813-0992
nbrown@rubinlublin.com
Attorney for Creditor